# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1460

_____

| | | |
|---|---|---|
| Frank L. Bailey, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Kenneth S. Apfel, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted:  December 2, 1998
Filed:  December 7, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Frank Bailey appeals from the district court's[1] order which affirmed the Commissioner's decision to deny Bailey disability insurance benefits and supplemental security income.  Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.